# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

RONALD HICKS

VERSUS

USAA GENERAL INDEMNITY
COMPANY, ROBERT L. HARGER,
JR., R.L. HARGER AND
ASSOCIATES, INC. AND HARGER
AND COMPANY, INC.

NO.  2022 CW 1250

**JULY 7, 2023**

---

In Re:    USAA General Indemnity Company and Robert L. Harger,
          applying for supervisory writs, 18th Judicial District
          Court, Parish of Pointe Coupee, No. 47326.

---

**BEFORE:    McCLENDON, HOLDRIDGE, AND GREENE, JJ.**

**WRIT DISMISSED.** This writ application is dismissed
pursuant to relators' motion advising that all claims by
plaintiff against relators have been dismissed with prejudice
and this writ application is now moot.

**PMc**
**GH**
**HG**

COURT OF APPEAL, FIRST CIRCUIT

_____
        DEPUTY CLERK OF COURT
          FOR THE COURT